WESTERN DIST.
October, 1840.

WINDLE
*vs.*
FLINT.

WINDLE *vs.* FLINT.

APPEAL FROM THE COURT OF THE FIFTH DISTRICT, FOR THE PARISH OF RAPIDES, THE JUDGE OF THE DISTRICT PRESIDING.

Judgment affirmed as for a frivolous appeal; but it already bearing ten per cent. interest, only five per cent. damages was allowed.

This is an action against the maker and endorsers of a a promissory note. The maker and first endorser made no

defence.  Flint, the second endorser, pleaded the general
issue.

The plaintiffs offered in evidence the note and protest, with proof of the signatures to the note.

The notary certified that he deposited notices of protest to E. H. Flint, addressed to him at his domicil near Alexandria, and to Messrs. Thomas and E. H. Flint, at their domicil near Alexandria, as executors of M. P. Flint, deceased.

There was judgment against the defendants, and Flint alone appealed.

*Hyams,* for the plaintiff.

*Ogden,* contra.

*Morphy J.,* delivered the opinion of the court.

E. H. Flint, one of the defendants, being sued as endorser of a promissory note, pleaded the general issue.  Judgment was rendered against him, and he appealed.  No serious defence appears to have been made below, nor any attempted before this court.  The appellee has prayed for damages for the frivolous appeal.  We think that he is entitled to them, but as the note sued on, already bears ten per cent. per annum interest, we shall grant only five per cent. as damages on the amount of the debt.

It is, therefore, ordered, that the judgment of the court below be affirmed, with costs and five per cent. damages.